1
 The People of the State of Colorado, Petitioner/Cross-Respondent v. Raymond Jose Salazar, Respondent/Cross-Petitioner No. 23SC824
Supreme Court of Colorado, En Banc
September 3, 2024
 
           Court
 of Appeals Case No. 21CA949
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          The
 judgment of the Colorado Court of Appeals is vacated, and the
 case is remanded to the Colorado Court of Appeals for
 reconsideration in light of People v. Crabtree,
 22SC589, 2024 CO 40M. Cross-Petition for Writ of Certiorari
 DENIED.